UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

V                                              Case No. 19-20254-01
                                            Honorable Terrence G. Berg

LINDA WARDLOW,
        Defendant.

---

JEFFREY L. EDISON (P25912)         RYAN A. PARTICKA
Attorney for Defendant                   Assistant U.S. Attorney
500 Griswold Street, Suite 2410      211 W. Fort Street, Suite 2001
Detroit, MI 48226                           Detroit, MI 48226
(313) 964-0400                               (313) 226-9635
jelee@ix.netcom.com                   ryan.particka@usdoj.gov

---

## ORDER DELAYING VOLUNTARY SELF-SURRENDER

The Court, after considering the unopposed motion by Defendant, and there being good cause shown to delay the date set for voluntary self-surrender in this matter,

**IT IS ORDERED THAT** Linda Wardlow's voluntary self-surrender to FMC Lexington, 3301 Leestown Rd., Lexington, KY 40511, on April 2, 2020 at 12:00 p.m. noon, is delayed to a date on or after July 2, 2020 as determined by the United States Marshal or Bureau of Prisons.

                                        /s/Terrence G. Berg
                                        TERRENCE G. BERG
                                        UNITED STATES DISTRICT JUDGE

DATED: March 24, 2020