UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                        Plaintiff,

V                                              Case No. 19-20254-01
                                               Honorable Terrence G. Berg

LINDA WARDLOW,
                        Defendant.

---

JEFFREY L. EDISON (P25912)              RYAN A. PARTICKA
Attorney for Defendant                  Assistant U.S. Attorney
500 Griswold Street, Suite 2410         211 W. Fort Street, Suite 2001
Detroit, MI 48226                       Detroit, MI 48226
(313) 964-0400                          (313) 226-9635
jelee@ix.netcom.com                     ryan.particka@usdoj.gov

---

**LINDA WARDLOW'S MOTION FOR REDUCTION OF SENTENCE AND
COMPASSIONATE RELEASE**

NOW COMES LINDA WARDLOW, by and through her attorney, Jeffrey L.
Edison and in support of her Motion for Reduction of Sentence and Compassionate
Release states the following:

1.      Linda Wardlow pled guilty to a five (5) count Indictment, wherein, she was
charged was charged three counts of Mail Fraud, in violation of 18 U.S.C. § 1341; one
count of Theft of Government Funds, in violation of 18 U.S.C. § 641; and one count of SSA
Representative Payee Fraud, in violation of 42 U.S.C. § 408(a)(5), of the Indictment.

2.      Ms. Wardlow was diagnosed with high blood pressure several years ago,
and is prescribed Atenolol and Simvastatin for her symptoms, as noted in her Presentence

Investigation Report and in her Sentencing Memorandum.   Presentence Investigation Report, Paragraph 40, Page 8; and, Sentencing Memorandum, ECF No.11, PageID. 41.

3.       On January 16, 2020, Ms. Wardlow was sentenced to serve a term of six (6) months imprisonment with the United States Bureau of Prisons.

4.       This Court, on March 24, 2020, granted Ms. Wardlow's unopposed Motion to Delay Voluntary Self-Surrender due to the COVID-19 pandemic and ordered that her voluntary self-surrender to FMC Lexington, on April 2, 2020, be delayed to a date on or after July 2, 2020.  **Exhibit A**.

5.       In June 2020, Ms. Wardlow's pulmonary physician supported Ms. Wardlow's need "to take breaks at work when she has shortness of breath as she has underlying airway disease."  **Exhibit B**.

6.       Counsel for Ms. Wardlow and the Assistant U.S. Attorney entered a Stipulation, and this Court, on June 15, 2020, ordered that Ms. Wardlow's voluntary self-surrender to FMC Lexington, on July 2, 2020, be delayed to a date on or after October 2, 2020.  **Exhibit C**.

7.       In September 2020, Ms. Wardlow's pulmonary physician opined that Ms. Wardlow "has emphysematous changes on imaging of her chest and is managed with inhaler therapy."  **Exhibit D**.

8.       Counsel for Ms. Wardlow and the Assistant U.S. Attorney entered a Second Stipulation, and this Court, on September 18, 2020, ordered that Ms. Wardlow's voluntary self-surrender to FMC Lexington, on October 2, 2020, be delayed to a date on or after January 2, 2021.  **Exhibit E**.

9.      On January 2, 2021 Ms. Wardlow, who is 70 years old, voluntarily self-surrendered to FMC Lexington to serve her term of six (6) months imprisonment.

10.     Ms. Wardlow's release from custody is scheduled for July 2, 2021.

11.     Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), Ms. Wardlow submitted her request for compassionate release to the warden of FMC Lexington, on or about January 5, 2021. **Exhibit F**.

12.     As of the filing of the present motion, Ms. Wardlow has not received a response to her request for compassionate release, from the warden of FMC Lexington.

13.     The ravaging and devastating effects on the United States and the Bureau of Prisons has been well documented since March 2020.

14.     The risk for severe illness with COVID-19 increases with age, with older adults at highest risk.  As you get older, your risk of being hospitalized for COVID-19 increases.   Severe illness means that a person with COVID-19 may require hospitalization, intensive care, or a ventilator to help them breathe. Eight (8) out of ten (10) COVID-19 deaths in the United States have been in adults 65 years old and older. https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/older-adults.html.

15.     Growing data shows a higher risk of COVID-19 infections and complications in people with high blood pressure.  Analysis of early data from both China and the U.S. shows that high blood pressure is the most commonly shared pre-existing condition among those    hospitalized,    affecting    between    30%    to    50%    of    the    patients. https://www.webmd.com/lung/coronavirus-high-blood-pressure#1.

16.     Chronic obstructive pulmonary disease (COPD), which includes emphysema, is known to increase your risk of severe illness from COVID-19. https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html#heart-conditions.

17.     Ms. Wardlow's chronic back, shoulder, and arm pain was reported in her Presentence Investigation Report and was diagnosed with osteoarthritis in her shoulder and knees.  Presentence Investigation Report, Paragraph 40, Page 8; and **Exhibit G**.

18.     Some people living with arthritis are at greater risk of catching a cold or acquiring viruses, such as the common flu. This is also true in the context of the COVID-19 outbreak.  People with osteoarthritis who have risk factors, such as being over 60 years of age or severe underlying co-morbidities, such as diabetes, cardiovascular disease or obesity, should follow ... extra measures to put distance between yourself and other people, including staying home as much as possible and avoiding crowds, especially in poorly ventilated spaces.          https://jointhealth.org/programs-jhexpress-view.cfm?id=2221&locale=en-CA.

19.     Ms. Wardlow uses ten (10) medications daily to treat her various medical conditions.  **Exhibit H**.

20.     As reported in the Lexington, Kentucky media, on December 31, 2020, there were nearly 300 active cases among inmates, including five staff at the Federal Medical Center.     https://www.wkyt.com/2020/12/31/nearly-300-active-covid-19-cases-at-lexingtons-fmc/; and **Exhibit I.**

21.     As of this filing, the Federal Bureau of Prisons reports 8 inmates testing positive for COVID-19; 4 staff testing positive for COVID-19; 9 inmate deaths from COVID-19; 740 inmates have recovered from COVID-19; and 73 staff have recovered from COVID-19, at the FMC Lexington.  https://www.bop.gov/coronavirus/.

22.     Ms. Wardlow is a 70-year-old elderly woman who endures multiple serious medical conditions.  She does not pose a danger or threat to the safety and security of the public; and there is no likelihood of Ms. Wardlow engaging in any criminal conduct or behavior.

23.     Ms. Wardlow will return to live with her daughter in Ferndale, MI upon release from custody.

24.     Pursuant to 18 U.S.C. § 3582 (c)(1)(A)(i), this Court may reduce Ms. Wardlow's six (6) month term of imprisonment:

> after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that-

(i)     extraordinary and compelling reasons warrant such a reduction;

25.     Ms. Wardlow is in an environment at FMC Lexington where there are outstanding positive COVID-19 cases among inmates and staff.  She is extremely vulnerable to exposure and contracting COVID-19 due to her elderly age, together with her multiple comorbidities.

26.     Ms. Wardlow's elderly age and multiple comorbidities constitute extraordinary and compelling reasons to support a reduction of her term of six (6) month imprisonment to time served or home confinement.

27.     Counsel sought the government's concurrence in Ms. Wardlow's Motion for Reduction of Sentence and Compassionate Release, and received an email on February 23, 2021, indicating that the government does not concur with the present motion.

WHEREFORE Linda Wardlow prays that this Court grant her Motion for Reduction of Sentence and Compassionate Release.

Respectfully submitted,

*/s/ Jeffrey L. Edison*
Jeffrey L. Edison (P25912)
Attorney for Linda Wardlow
500 Griswold Street, Suite 2410
Detroit, MI 48226
313.964.0400
jelee@ix.netcom.com

Dated:  February 28, 2021

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                  Plaintiff,

V                                    Case No. 19-20254-01
                                    Honorable Terrence G. Berg

LINDA WARDLOW,
                    Defendant.

---

| | |
|---|---|
| JEFFREY L. EDISON (P25912) | RYAN A. PARTICKA |
| Attorney for Defendant | Assistant U.S. Attorney |
| 500 Griswold Street, Suite 2410 | 211 W. Fort Street, Suite 2001 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 964-0400 | (313) 226-9635 |
| jelee@ix.netcom.com | ryan.particka@usdoj.gov |

---

### ORDER DELAYING VOLUNTARY SELF-SURRENDER

The Court, after considering the unopposed motion by Defendant, and there being good cause shown to delay the date set for voluntary self-surrender in this matter,

**IT IS ORDERED THAT** Linda Wardlow's voluntary self-surrender to FMC Lexington, 3301 Leestown Rd., Lexington, KY 40511, on April 2, 2020 at 12:00 p.m. noon, is delayed to a date on or after July 2, 2020 as determined by the United States Marshal or Bureau of Prisons.

                                 /s/Terrence G. Berg
                                 TERRENCE G. BERG
                                 UNITED STATES DISTRICT JUDGE

DATED: March 24, 2020

# EXHIBIT B

 HENRY FORD HEALTH SYSTEM

June 5, 2020

Linda Wardlow
2907 Moon Lake Dr
West Bloomfield MI 48323

Patient:          **Linda Wardlow**
Date of Birth: **6/8/1950**
Date of Visit: **6/5/2020**

To Whom It May Concern:

It is my medical opinion that Linda Wardlow should be allowed to take breaks at work when she has shortness of breath as she has underlying airway disease.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

KAMELIA ALBUJOQ, MD

HFMC COLUMBUS PULMONOLOGY
39450 W 12 MILE RD
NOVI MI 48377
Dept: 248-661-6475
Dept Fax: 248-344-2492

Page 1 of 1

EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
     Plaintiff,

V           Case No. 19-20254-01
            Honorable Terrence G. Berg

LINDA WARDLOW,
      Defendant.

---

JEFFREY L. EDISON (P25912)   RYAN A. PARTICKA
Attorney for Defendant     Assistant U.S. Attorney
500 Griswold Street, Suite 2410   211 W. Fort Street, Suite 2001
Detroit, MI 48226      Detroit, MI 48226
(313) 964-0400       (313) 226-9635
jelee@ix.netcom.com     ryan.particka@usdoj.gov

---

## STIPULATION AND ORDER TO DELAY
## LINDA WARDLOW'S SELF-SURRENDER

  **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, through their respective counsel, that Linda Wardlow's voluntarily self-surrender to FMC Lexington, 3301 Leestown Road, Lexington, KY 40511, on July 2, 2020 at 12:00 p.m. noon, be delayed to October 2, 2020 at 12:00 p.m. noon.

/s/ Jeffrey L. Edison       /s/ Ryan A. Particka
JEFFREY L. EDISON (P25912)   RYAN A. PARTICKA
Attorney for Linda Wardlow    Assistant U. S. Attorney

  **IT IS ORDERED THAT** Linda Wardlow's voluntary self-surrender to FMC Lexington, 3301 Leestown Rd., Lexington, KY 40511, on July 2, 2020 at 12:00 p.m. noon, is delayed to a date on or after October 2, 2020 at 12:00 p.m. noon, as determined by the United States Marshal or Bureau of Prisons.

           /s/Terrence G. Berg
           TERRENCE G. BERG
           UNITED STATES DISTRICT JUDGE

Dated: June 15, 2020

EXHIBIT D

 **HENRY FORD HEALTH SYSTEM**

September 14, 2020

Linda Wardlow
2907 Moon Lake Dr
West Bloomfield MI 48323

Patient:   **Linda Wardlow**
Date of Birth:  **6/8/1950**
Date of Visit:  **9/14/2020**

To Whom It May Concern:

Please be advised that Linda Wardlow has emphysematous changes on imaging of her chest and is managed with inhaler therapy.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

KAMELIA ALBUJOQ, MD

HFMC COLUMBUS PULMONOLOGY
39450 W 12 MILE RD
NOVI MI 48377
Dept: 248-661-6475
Dept Fax: 248-344-2492

EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

V                                               Case No. 19-20254-01
                                                Honorable Terrence G. Berg

LINDA WARDLOW,

Defendant.

---

| | |
|---|---|
| JEFFREY L. EDISON (P25912) | RYAN A. PARTICKA |
| Attorney for Defendant | Assistant U.S. Attorney |
| 500 Griswold Street, Suite 2410 | 211 W. Fort Street, Suite 2001 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 964-0400 | (313) 226-9635 |
| jelee@ix.netcom.com | ryan.particka@usdoj.gov |

---

## SECOND STIPULATION AND ORDER TO DELAY
## LINDA WARDLOW'S SELF-SURRENDER

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their respective counsel, that Linda Wardlow's voluntarily self-surrender to FMC Lexington, 3301 Leestown Road, Lexington, KY 40511, on October 2, 2020 at 12:00 p.m. noon, be delayed to January 2, 2021 at 12:00 p.m. noon.


/s/ Jeffrey L. Edison                              /s/ Ryan A. Particka
JEFFREY L. EDISON (P25912)                         RYAN A. PARTICKA
Attorney for Linda Wardlow                         Assistant U. S. Attorney


**IT IS ORDERED THAT** Linda Wardlow's voluntary self-surrender to FMC Lexington, 3301 Leestown Rd., Lexington, KY 40511, on October 2, 2020 at 12:00 p.m. noon, is delayed to a date on or after January 2, 2021 at 12:00 p.m. noon, as determined by the United States Marshal or Bureau of Prisons.


/s/ Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE


Dated:  September 18, 2020

# EXHIBIT F

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: 1-5-21 |
|---|---|
| FROM: Linda WARDlow | REGISTER NO. 57474-039 |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

I Am writing this pleA seeKing CompASSionAte
relense. I have EmpHasema of the Lungs. I am
hAving diFFiculty breathing and shortness of bren
I Can not LAy down and breath without Fighting For Ai
I need a minimum of 3 pillows to prop my head up
high enough to breath with More ease. HAving to weAR A mAsk
24/7 due to the CoviD 19 mAkes it even harder For breathing.
When I Am able to sleep I wAKE up Fighting For AiR and my
mouth is completely dry to the point of my throat hurting and
PAin in my Lungs or chest area.     (continued on bAck)

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          SECTION 6

with my age being 70 YEARS, I Am at greater
Risk. HAVing high blood pressure and my body
retaining water, also having excruciating joint
pain in Neck, Shoulders, ARms, Knees, upper & lower
back As well. It is For these reasons that I Am
Severe Arthritis For compassionate. release.
humbly pleading For compassionate. release.
I pRAy that you will give my circumstances
consideration. and compassion.
Thank you For taking time to listen.

Sincerely
Freda Wardlow

EXHIBIT G

*LINDA. D. WARDLOW*
*CASE# 2:19-cr-20254-TGM-MKM*
*19-20254-01*

---

## DETROIT COMMUNITY HEALTH CONNECTION, INC.

(313) 832-
Fax 8341

☐ 13901 East Jefferson Ave.
Detroit, MI 48215
(313) 822-0900

☑ 611 Martin Luther King Blvd.
Detroit, MI 48201
(313) 832-6300

☐ Ann Elrington, M.D., PhD.
☐ Anita Cain, M.D.
☐ Norris Polk, M.D.
☐ Leslie Danley, M.D.
☐ Yari Campbell, M.D.

☐ Mayra Troya-Nutt, M.D.
☐ Ronald Supena, M.D.

Christine Lawison, MD
NPI-1063522500

Name: Wardlow, Linda   Date: 6-10-19
Address: _____ DOB: 6-8-50

Rx 1 Plz allow this pt to NOT climb, squat, bend, NO

Rx 2 Overhead reaching, pulling/pushing ≥ 5-10#

Rx 3 This will be a permanent restriction.
T Franks

Signature: _____ ☑ MD ☐ DAW   DEA# _____

---

## DETROIT COMMUNITY HEALTH CONNECTION, INC.

fax (313)
832-8341

☐ 13901 East Jefferson Ave.
Detroit, MI 48215
(313) 822-0900

☑ 611 Martin Luther King Blvd.
Detroit, MI 48201
(313) 832-6300

☐ Ann Elrington, M.D., PhD.
☐ Anita Cain, M.D.
☐ Norris Polk, M.D.
☐ Leslie Danley, M.D.
☐ Yari Campbell, M.D.

☐ Mayra Troya-Nutt, M.D.
☐ Ronald Supena, M.D.

Christine Lawison, MD
NPI-1063522500

Name: Wardlow, Linda   Date: 7-01-19
Address: _____ DOB: 06-8-50

Rx 1 Pt has a hx of chronic arthritis pain due to

Rx 2 osteoarthritis ⇒ shoulder + knee

Rx 3

Signature: _____ ☑ MD ☐ DAW   DEA# _____

*INMATE # 57454653*

# EXHIBIT H

Linda D. Wardlow
Case # 2:19-cr-20254-TGB-MKM

Linda's Medications

| Name | Strength | Dosage |
|------|----------|--------|
| 75/50 TRIAM/HCTZ DIARETIC | 75/50 MG TAB | 1 DAILY |
| MELOXICAM FOR PAIN | 15 MG | 2 TABS BY MOUTH DAILY |
| ATENOLOL FOR BLOOD PRESSURE | 50 MG | 1 TAB BY MOUTH DAILY |
| BETAMETH DIP FOR EXEZEMA | 0.05 OIN | APPLY TO BODY DAILY |
| SIMVASTATIN CHOLESTROL | 20 MG | 1 TAB DAILY |
| EUCERIN LOTIN EXTREMELY DRY COMPROMISED SKIN | (PRESCRIPTION) | APPLY TO ENTIRE BODY TWICE DAILY |
| ALBUTEROL SULFATE HFA INHALATION AEROSOL | 90 MCG PER | 2 PUFFS EVERY 4 HOURS AS NEEDED |
| FLUTICASONE PROPIONATE NASAL SPRAY | 50 MCG | INHAIL 2 SPRAYS IN EACH NOSTRIL ONCE DAILY AS NEEDED |
| FEXFENADINE HCL (ALLERGY SYMPTOMS) | 180 MG | 1 TAB BY MOUTH, ONCE DAILY AS NEEDED |
| IBUPROFEN | 800 MG | EVERY 8 HOURS AS NEEDED FOR PAIN |
| ASPRIN | 81 MG | 1 DAILY FOR HEART |
| VICKS VAPO INHALER STICK | OTC | EVERY DAY AS NEEDED |

INMATE: 574 74039

19-20254-01

EXHIBIT I

# Nearly 300 active COVID-19 cases reported at Lexington's FMC



CONTINUING COVERAGE | COVID-19

**FEDERAL PRISONS IN KENTUCKY SEEING SURGE IN COVID-19 CASES**

By WKYT News Staff

Published: Dec. 31, 2020 at 11:49 AM EST

gqs7ney.c2mdn.net...

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                    Plaintiff,

V                                                    Case No. 19-20254-01
                                                     Honorable Terrence G. Berg

LINDA WARDLOW,
                    Defendant.

---

JEFFREY L. EDISON (P25912)              RYAN A. PARTICKA
Attorney for Defendant                  Assistant U.S. Attorney
500 Griswold Street, Suite 2410         211 W. Fort Street, Suite 2001
Detroit, MI 48226                       Detroit, MI 48226
(313) 964-0400                          (313) 226-9635
jelee@ix.netcom.com                     ryan.particka@usdoj.gov

---

**BRIEF IN SUPPORT OF LINDA WARDLOW'S MOTION FOR REDUCTION OF
SENTENCE AND COMPASSIONATE RELEASE**

**BACKGROUND**

Linda Wardlow incorporates the submissions in her Motion as the procedural and
factual basis of her Brief.

**ARGUMENT**

Ms. Wardlow relies on the statutory mandate articulated in 18 U.S.C. §
3582(c)(1)(A) in support of request for a reduction of her sentence and for compassionate
release.  The "compassionate release" provision of 18 U.S.C. § 3582 allows district courts
to reduce the sentences of incarcerated persons when there are "extraordinary and
compelling" reasons to do so. *United States v Jones*, 980 F.3d 1098, 1100 (6th Cir. 2020).  An

inmate may file a motion for compassionate release on her own behalf "30 days from the receipt of such a request by the warden of her facility." 18 U.S.C. § 3582(c)(1)(A).

> The Sixth Circuit has instructed district courts to engage in a three-step analysis when considering a compassionate release motion: *First*, consider whether "extraordinary and compelling reasons warrant [a sentence] reduction." *United States v Elias*, 984 F.3d 516, 518 (6th Cir. 2021) (quoting Jones, 980 F.3d at 1101). *Second*, "ensure that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." *Id. Third*, "consider all relevant sentencing factors listed in 18 U.S.C. § 3553(a)." *Id.* "If each of those requirements are met, the district court 'may reduce the term of imprisonment,' but need not do so." (quoting 18 U.S.C. § 3582(c)(1)(A)).

> The policy statement referenced in step two is found in U.S.S.G. § 1B1.13 and presently only applies to motions brought by the Bureau of Prisons, not to inmate-filed motions. *Elias*, 984 F.3d at 519. Thus, when considering inmate-filed motions for compassionate release, "district courts have full discretion' to determine what reasons are 'extraordinary and compelling." *Jones*, 980 F.3d at 1111.   2:11-cr-20699 ECF No. 550, PageID.4170

Ms. Wardlow has complied with the threshold requirement of exhausting her administrative remedies.  She filed her request for release to the warden at FMC Lexington on or about January 5, 2021. **Exhibit F**.  Ms. Wardlow has not received a response from the warden as of the filing of her present motion.

### EXTRAORDINARY AND COMPELLING REASONS

Ms. Wardlow is an elderly 70-year-old with multiple comorbidities.  Her medical condition includes treatment for high blood pressure, emphysema, and osteoarthritis. The risk for severe illness with COVID-19 increases with age, with older adults at highest risk.  As you get older, your risk of being hospitalized for COVID-19 increases.  Severe illness means that a person with COVID-19 may require hospitalization, intensive care, or a ventilator to help them breathe. Eight (8) out of ten (10) COVID-19 deaths in the

United States have been in adults 65 years old and older. https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/older-adults.html.

Growing data shows a higher risk of COVID-19 infections and complications in people with high blood pressure. Analysis of early data from both China and the U.S. shows that high blood pressure is the most commonly shared pre-existing condition among those hospitalized, affecting between 30% to 50% of the patients. https://www.webmd.com/lung/coronavirus-high-blood-pressure#1.

Chronic obstructive pulmonary disease (COPD), which includes emphysema, is known to increase your risk of severe illness from COVID-19. https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html#heart-conditions.

Ms. Wardlow's chronic back, shoulder, and arm pain was reported in her Presentence Investigation Report and was diagnosed with osteoarthritis in her shoulder and knees. Presentence Investigation Report, Paragraph 40, Page 8; and **Exhibit G**.

Some people living with arthritis are at greater risk of catching a cold or acquiring viruses, such as the common flu. This is also true in the context of the COVID-19 outbreak. People with osteoarthritis who have risk factors, such as being over 60 years of age or severe underlying co-morbidities, such as diabetes, cardiovascular disease or obesity, should follow ... extra measures to put distance between yourself and other people, including staying home as much as possible and avoiding crowds, especially in poorly

ventilated         spaces.              https://jointhealth.org/programs-jhexpress-view.cfm?id=2221&locale=en-CA.

Ms. Wardlow uses ten (10) medications daily to treat her various medical conditions. **Exhibit H**.

The FMC Lexington is an institutional environment that sustains outstanding positive COVID-19 cases among inmates and staff.  As reported in recent Lexington, Kentucky media, on December 31, 2020, there were nearly 300 active cases among inmates,       including       five       staff       at       the       Federal       Medical       Center. https://www.wkyt.com/2020/12/31/nearly-300-active-covid-19-cases-at-lexingtons-fmc/; and **Exhibit I.**  As of this filing, the Federal Bureau of Prisons reports 8 inmates testing positive for COVID-19; 4 staff testing positive for COVID-19; 9 inmate deaths from COVID-19; 740 inmates have recovered from COVID-19; and 73 staff have recovered from COVID-19, at the FMC Lexington.  https://www.bop.gov/coronavirus/.

Ms. Wardlow is extremely vulnerable to exposure and contracting COVID-19 due to her elderly age, together with her multiple comorbidities, and the environment at FMC Lexington.

These reported facts and circumstances corroborate a finding of extraordinary and compelling reasons in support of Ms. Wardlow's reduction of sentence and compassionate release.

### 18 U.S.C. § 3553(a) FACTORS

This Court must also consider 18 U.S.C. § 3553(a) factors to the extent that they are relevant to resolving Ms. Wardlow's request for reduction of sentence and compassionate

release.  Ms. Wardlow relies on this Court's initial assessment of the section 3553(a) factors at the time of her sentence on January 16, 2020, when it imposed a six (6) months term of imprisonment.  Such assessment, of course, was made prior to the advent of the COVID-19 pandemic and its devastating physical and emotional trauma on communities across this country and the world.

The only material condition for Ms. Wardlow that has changed from January 16, 2020 to present, is her incarceration at FMC Lexington.  She is a year older with the same multiple comorbidities.  Ms. Wardlow remains a nonthreat to the security and safety of the community.  There is no indication or likelihood that Ms. Wardlow will participate in any form of criminal activity. Upon her release, Ms. Wardlow will reside with her daughter, who she lived with prior to her incarceration.

The six (6) months term of imprisonment was imposed to serve as a deterrent to others and as punishment for Ms. Wardlow's conduct and behavior.  Ms. Wardlow has completed one-third of her term of imprisonment. Ms. Wardlow's continued incarceration enhances her vulnerability to the increasingly infectious and dangerously fatal COVID-19 coronavirus.  The emotional stress and fear of being infected with COVID-19, while incarcerated at FMC Lexington, is immeasurable.  Ms. Wardlow's physical and emotional wellbeing, under current conditions, must have priority over the need to complete the three (3) to four (4) months of incarceration that remain on her sentence.

## CONCLUSION

Based on the foregoing discussion, Ms. Wardlow has sufficiently complied with the requirements set forth in 18 U.S.C. § 3582(c)(1)(A)(i).  Accordingly, Linda Wardlow urges this Court to grant her Motion for Reduction of Sentence and Compassionate Release.

Respectfully submitted,

*/s/ Jeffrey L. Edison*
Jeffrey L. Edison (P25912)
Attorney for Linda Wardlow
500 Griswold Street, Suite 2410
Detroit, MI 48226
313.964.0400
jelee@ix.netcom.com

Dated:  February 28, 2021

## CERTIFICATE OF SERVICE

I certify that on February 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to Ryan A. Particka, Assistant U. S. Attorney.

*/s/ Jeffrey L. Edison*
Jeffrey L. Edison (P25912)